UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

VINCENT TOMPKINS,  )
        Plaintiff,  )
          )
v.  )  **JUDGMENT**
          )
          )  No. 5:19-CV-507-FL
SOCIAL SECURITY ADMINISTRATION  )
        Defendant.  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 5, 2019, that this case is dismissed without prejudice for failure to prosecute.

**This Judgment Filed and Entered on December 5, 2019, and Copies To:**
Vincent Tompkins (Via U.S. Mail) to 1216 Gold Street North, Wilson, NC 27893


December 5, 2019        PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk